BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JUSTIN K. PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE:  (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEANIJINIQE DESHA RAYFORD CAIL,<br><br>    Defendant. | Case No. 21-mj-365-E-CWD<br><br>**MOTION FOR DETENTION ON SUPERVISED RELEASE** |

The United States, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, moves the Court, pursuant to FED R. CRIM. P. 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a), for an order directing that the Defendant, **Deanijiniqe Desha Rayford Cail,** be detained pending a preliminary hearing and/or a revocation hearing regarding the alleged violations of the terms and conditions of her probation or supervised release contained in the petition filed by the United States Probation Office.

A person arrested for violating probation or supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings.  Fed R. Crim. P. 32.1(a)(6). Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless

the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released.  18 U.S.C. § 3143(a).  "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person."  Fed. R. Crim. P. 32.1(a)(6).

    WHEREFORE, the Government requests the Court enter an order detaining the Defendant pending a revocation hearing.

    Respectfully submitted this 5th day of January, 2021.

                            BART M. DAVIS
                            UNITED STATES ATTORNEY
                            By:

/s/ _____
    JUSTIN K. PASKETT
    Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2021, the foregoing **MOTION FOR DETENTION ON SUPERVISED RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| Bryan Wheat<br>Bryan_Wheat@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>XX ECF filing<br>☐ Email |
|---|---|

/s/ _____
Legal Assistant

MOTION FOR DETENTION ON SUPERVISED RELEASE - 3